# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK SONNIER

NO. 2019 KW 1278

**NOV 25 2019**

---

In Re:    Derrick Sonnier, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 99-WFLN-633.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT